Matter of 160 E. 84th St. Assoc. LLC v New York State Div. of Hous. & Community Renewal (2024 NY Slip Op 06376)

Matter of 160 E. 84th St. Assoc. LLC v New York State Div. of Hous. & Community Renewal

2024 NY Slip Op 06376

Decided on December 19, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 19, 2024

No. 110 

[*1]In the Matter of 160 East 84th Street Associates LLC, Appellant,
v
New York State Division of Housing and Community Renewal, Respondent. (Index Nos. 157558/20, 157560/20, 157579/20 and 157582/20)

Jillian N. Bittner, for appellant.
Matthew W. Grieco, for respondent.
New York Apartment Association, Inc., amicus curiae.

Order affirmed, with costs (see Matter of 160 East 84th Street Associates LLC v New York State Division of Housing and Community Renewal , ___NY3d ___ [Case No. 111 decided today]). Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided December 19, 2024